IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                   4:09CR00335-01-WRW

JOSIAH NIXON

## AMENDED AND SUBSTITUTED
## JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED. Defendant's oral motion to self-report is denied. Defendant is to be placed at the Bureau of Prisons facility in Memphis, Tennessee, Yankton, South Dakota or Lexington, Kentucky.

The defendant is sentenced to a period of 11 months at a designated Bureau of Prisons correctional facility. Mr. Nixon is to participate in residential or nonresidential substance abuse treatment during incarceration.

A term of supervised release of 12 months year will follow imprisonment. All general and standard conditions previously imposed remain in full force and effect. The defendant shall participate, under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 24th day of November, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Nixon.wpd